802

October 14, 1954.

No. 88. Williams v. Carolina Life Insurance Co. et al. C. A. 5th Cir. Per Curiam: The petition for writ of certiorari is granted and the judgment is reversed. Robert Culpepper, Jr. for petitioner.

No. 106. Stapling Machines Co. v. Stone, Chairman, State Tax Commission of Mississippi, et al. Appeal from the Supreme Court of Mississippi. Per Curiam: The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. Bernard Leonard Tighe, Jr. for appellant. John E. Stone for appellees.

No. 116. Bohling v. Corsi, Commissioner, Division of Employment, Department of Labor of New York. Appeal from the Court of Appeals of New York. Per Curiam: The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. Merwin K. Hart, Jr. for appellant. Nathaniel Goldstein, Attorney General of New York, Wendell P. Brown, Solicitor General, and Francis R. Curran, Assistant Attorney General, for appellee.

No. 152. Jayne et al., Judges of the Circuit Court of Wayne County, et al. v. City of Detroit et al. Appeal from the Supreme Court of Michigan. Per Curiam: The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. George E. Brand for appellants. James H. Lee for appellees.